# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOY BANKS,

        Plaintiff,

v.                                                                          Case No:   6:25-cv-2492-PGB-LHP

ONEMAIN FINANCIAL GROUP, LLC,

        Defendant

---

## ORDER
(And Direction to Clerk)

This cause came on for consideration on review of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which has been construed as a motion to proceed *in forma pauperis*.  Doc. No. 2.  Upon review, the motion contains the full name of a minor child, which does not comply with Federal Rule of Civil Procedure 5.2(a)(3).  *See id.* at 3.  Accordingly, the Clerk of Court is **DIRECTED** to redact from the motion the full name of the minor child (Doc. No. 2, at 3).

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties